**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

Jose Medina-Medina

        Defendant.

No. 26 CR 145

Magistrate Judge Young B. Kim

**ORDER**

Arrest warrant issued to United States Marshal and Any Authorized Officer as to defendant Jose Medina-Medina.

**YOUNG B. KIM
United States Magistrate Judge**

DATE: April 2, 2026